# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 8:11CR286 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JUANA TAPIA-BORJAS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for an extension of time by defendant Juana Tapia-Borjas (Tapia-Borjas) (Filing No. 67). Tapia-Borjas seeks an extension of time of twenty-one days in which to file pretrial motions. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

Defendant Tapia-Borjas' motion for an extension of time (Filing No. 67) is granted. Tapia-Borjas is given until **on or before October 13, 2011,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **September 20, 2011, and October 13, 2011**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 20th day of September, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge